RECEIVED

JUN - 5 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MARK JAMES SAVOY<br>LA. DOC # 580262<br>VS. | CIVIL ACTION NO. 6:12-cv-3056<br><br>SECTION P<br><br>JUDGE REBECCA F. DOHERTY |
| WARDEN BILLY TIGNER | MAGISTRATE JUDGE PATRICK J. HANNA |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this _5_ day of _June_, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE